tion and Article 1, § 8 of the Pennsylvania State Constitution.

**COMMONWEALTH of Pennsylvania, Appellee,**

v.

**Willie COPLIN, Appellant.**

Supreme Court of Pennsylvania.

July 20, 1998.

John W. Packel, Anne L. Saunders, for Willie Coplin.

Catherine Marshall and Karen A. Brancheau, Philadelphia, for Com.

Before FLAHERTY, C.J., and ZAPPALA, CAPPY, CASTILLE, NIGRO and NEWMAN, JJ.

### ORDER

PER CURIAM:

The appeal is dismissed as having been improvidently granted.

**Michael J. SHIRLEY, by his mother, Sharon SHIRLEY, natural guardian, Appellees,**

v.

**Mehdi B. JAVAN, M.D., Appellant.**

Supreme Court of Pennsylvania.

Argued March 10, 1998.
Decided July 21, 1998.

Irving M. Green, Kensington, for appellant.

Annaliese P. Masser, Greensburg, for appellees.

Before FLAHERTY, C.J., and ZAPPALA, CAPPY, CASTILLE, NIGRO, NEWMAN and SAYLOR, JJ.

### ORDER

PER CURIAM:

Appeal dismissed as having been improvidently granted.

NIGRO, J., dissents.